AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:22-mj-70298-MAG   Document 10   Filed 03/22/22   Page 1 of 1

**FILED**

Mar 22 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 4:22-mj-70298-MAG-1 (DMR) |
|---|---|
| v. | |
| TERRANCE PHILLIPS, | Charging District: Eastern District of California, Sacramento |
| Defendants. | Charging District's Case No.: 2:22-mj-0039-JDP |

# ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Robert T. Matsui U.S. Courthouse<br>501 I Street<br>Sacramento, CA 95814 | Before: Magistrate Judge Deborah Barnes<br>Courtroom No.: Courtroom No. 27, 8th Floor |
|---|---|
| | Date and Time: March 24, 2022 at 2:00 p.m. by Zoom Video Conference |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: March 22, 2022

_____
Donna M. Ryu
United States District Judge

Cc: U.S. Marshal; Pete Buzo (Mag. Judge Deborah Barnes's CRD) by e-mail

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*